UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW LEE JACKSON,

                Plaintiff,

         -against-

AMY SARAH GREENBERG, et al.,

                Defendants.

23-CV-5823 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted the complaint on July 7, 2023, without the filing fees or an IFP application. Thereafter, on July 21, 2023, the Court's Finance Unit received Plaintiff's payment of $350.00, but this is not the correct amount of the filing fee payment. The Court therefore directs the Finance Unit to return to Plaintiff his $350.00 payment.

    Within thirty days of the date of this order, Plaintiff must either pay the $402.00 in total filing fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 23-CV-5823 (LTS).

    No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 28, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge