UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW LEE JACKSON,

                Plaintiff,

-against-

AMY SARAH GREENBERG, ET AL.,

                Defendants.

23-CV-5823 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated July 28, 2023, the Court directed Plaintiff, within thirty days, to pay the $402.00 in fees required to file a civil action in this court, or submit a completed request to proceed *in forma pauperis* (IFP application).[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed paid the fees or submitted an IFP application. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

SO ORDERED.

Dated:    August 31, 2023
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                     Chief United States District Judge

---

[1] Plaintiff had submitted a check for $350.00, but this was returned to him pursuant to the July 28, 2023 order, because it was not the full amount of the $402.00 required to commence an action.